AO 241
(Rev. 10/07)

# 19-00839
## SECT.I MAG.5

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern District of Louisiana |
|---|---|
| Name (under which you were convicted): VIRGIL SMITH | Docket or Case No.: 334349 |
| Place of Confinement: LOUISIANA STATE PENITENTARY | Prisoner No.: 89717 |
| Petitioner (include the name under which you were convicted) VIRGIL SMITH | Respondent (authorized person having custody of petitioner) v. DARRYL VANNOY, WARDEN |
| The Attorney General of the State of | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: ST. TAMMANY PARISH 22ND J.D.C. P.O. BOX 1090 Covington LA. 70434 10/08/08

   (b) Criminal docket or case number (if you know): 334349

2. (a) Date of the judgment of conviction (if you know): 10/08/08

   (b) Date of sentencing: 10/08/08

3. Length of sentence: LIFE

4. In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes   ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case: LA.R.S. 14:30 1st Degree Murder

6. (a) What was your plea? (Check one)
   ☑ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty        ☐ (4) Insanity plea

TENDERED FOR FILING

JAN 30 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

AO 241
(Rev. 10/07)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? Just one count of 1st Degree Murder

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes ☒ No

8. Did you appeal from the judgment of conviction?

☒ Yes ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Louisiana 1st Circuit Court of Appeal

(b) Docket or case number (if you know): 2009-KA-0192

(c) Result: Affirm

(d) Date of result (if you know): 9/11/2009

(e) Citation to the case (if you know): 2009-KA-0192

(f) Grounds raised: 1. The evidence presented at trial is constitutionally insufficient to support the verdict. 2. The trial judge erred in permitting two friends of the deceased to testify to hearsay statements allegedly made by the victim pursuant to Louisiana Code of Evidence Article 803(3).

(g) Did you seek further review by a higher state court? ☒ Yes ☐ No

If yes, answer the following:

(1) Name of court: Supreme Court of Louisiana

(2) Docket or case number (if you know): 09-K-0947

(3) Result: Affirm or Denied

(4) Date of result (if you know): Date not clear, but it was in 2010 - think February, 2010

AO 241 (Rev. 10/07)

Page 4

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: 22ND J.D.C. of St. Tammany Parish

(2) Docket or case number (if you know): 334345

(3) Date of filing (if you know): On/or About February 6, 2015

(4) Nature of the proceeding: Post-Conviction

(5) Grounds raised: (See Add Page, exhibit (5))
Showing of (8) eight Grounds

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: Denied

(8) Date of result (if you know): Aug. 28, 2017

  (b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):    N/A

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes  ☐ No

    (7) Result:    N/A

    (8) Date of result (if you know):

  (c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):    N/A

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

AO 241 (Rev. 10/07)

Page 6

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

         ☐ Yes    ☐ No

      (7) Result:                        N/A

      (8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

      (1) First petition:   ☒ Yes    ☐ No

      (2) Second petition:  ☐ Yes    ☐ No

      (3) Third petition:   ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:


12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. *See Attach Additional Page (Exhibit Five)*

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**


(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):




(b) If you did not exhaust your state remedies on Ground One, explain why:

AO 241 (Rev. 10/07)

Page 7

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:


(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: Post Conviction

Type of motion or petition:

Name and location of the court where the motion or petition was filed: 22ND J.D.C. ST. Tammany Parish Covington, LA.,

Docket or case number (if you know): 334349

Date of the court's decision: 8/28/2017

Result (attach a copy of the court's opinion or order, if available): See Exhibit's (4) Along with Other Letters, from this court for Reasons why they didn't Rule on claims.

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: A hearing was Denied in All courts

Name and location of the court where the appeal was filed: 1st Cir. C. LA

Docket or case number (if you know): NO: 2017-KW-1488

Date of the court's decision: Jun, 25, 2018

Result (attach a copy of the court's opinion or order, if available): Denied


(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 10/07)          Page 8

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Motion for reconsideration was also denied by all court's for like of consideration of the newly decovered evidence

GROUND TWO: See Exhibit A-2; Added pages

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Exhibit stated Above A-2

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction

Name and location of the court where the motion or petition was filed: 22nd J.D.C. Parish of St. Tammany Covington, La.

Docket or case number (if you know): 334349

Date of the court's decision: 8/28/2017

AO 241 (Rev. 10/07)

Page 9

Result (attach a copy of the court's opinion or order, if available): Denied. (See EX. A-2)

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: This court error in not making a Ruling in over 2 Year - (See EX. A-4) letters from the court. And the 1st Cir Court seek to Bar his post-conviction

Name and location of the court where the appeal was filed: 1st Cir. Court of Appeal (NO: 2017-KW-1488)

Docket or case number (if you know):

Date of the court's decision: on/or About Jun, 25, 2018

Result (attach a copy of the court's opinion or order, if available): denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

Motion for Rehearing And Reconsideration in All Courts. See Mandamus EX. A-3

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 241 (Rev. 10/07)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why?

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-conviction All the way to the Supreme Court, No: 2018-KW-524

Name and location of the court where the motion or petition was filed: 22ND J.D.C. parish of St. Tammany, Covington, LA,

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): Denied

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: Motion for Rehearing

Name and location of the court where the appeal was filed: (See Ex. A-5)

Docket or case number (if you know): 2018-KH-524

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): Denied

AO 241 (Rev. 10/07)                                                                      Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** *See Last pages*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)     **Direct Appeal of Ground Four:**
    (1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No
    (2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**
    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
    ☒ Yes   ☐ No
    (2) If your answer to Question (d)(1) is "Yes," state:
    Type of motion or petition: *Original Brief, Post-conviction*

AO 241 (Rev. 10/07)

Page 12

Name and location of the court where the motion or petition was filed: 1st CIR. Court of App. of the State of LA. Baten Rouge, LA. And parish of St Tammany J.D.C. ALSO LA, Supreme Court.

Docket or case number (if you know): J.D.C. 334349 / 1st Cir.C. No. 2017-KW-1488 And Supreme Court No: 2018-KH-524

Date of the court's decision: (See EX's;)

Result (attach a copy of the court's opinion or order, if available): Denied

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: Same As Above

Name and location of the court where the appeal was filed: Same As Above

Docket or case number (if you know): Same As Above

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)  **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241 (Rev. 10/07)

Page 13

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes   ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes   ☑ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes   ☑ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

AO 241 (Rev. 10/07)

Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: K. McNary and William Alford of the Public Defenders office in Covington

(b) At arraignment and plea: Not clear — But maybe so.

(c) At trial: Same as above

(d) At sentencing: K. McNary

(e) On appeal: Frank Sloan; LA. Appellate Project

(f) In any post-conviction proceeding: None

(g) On appeal from any ruling against you in a post-conviction proceeding: None

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence: One charge (1) ~~~~ Life

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☑ Yes ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241
(Rev. 10/07)

Page 15

Smith's claim is on newly Decovered evidence, that have never Been Reviewed, And should Be. May it Be noted that the State court... Created An impediment that violated the Right to Review when it delayed to file Smith's Post Conviction in A timely way. (See Exhibit: 30) Where court make claim that it had not got his Post Conviction/or that it had file it in 2005... This Error was on the state And not Smith. Note Fed. Rule 60(B). And he shouldn't Be Barred, for this Reason on the new evidence.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)  A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

  (A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

  (B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

  (C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

  (D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 10/07)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: upon looking At His exhibit's

or any other relief to which petitioner may be entitled.

NONE
By Virgil Smith #89717
Signature of Attorney (if any)
Petitioner

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

Virgil Smith
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.