UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**19-00839**

NOTICE OF DEFICIENT FILING

**SECT. I MAG. 5**

2/4/19

**DEFICIENT**

TO: VIRGIL SMITH, #89717
Louisiana State Penitentiary
General Delivery
Angola, LA 70712

SUBJECT: 2254 Writ of Habeas Corpus

Your 2254 writ of habeas corpus has been received but <u>is deficient as noted below</u>:

_____ 1. The Clerk's Office is unable to provide you with the information you are requesting.
**Therefore, your document is being returned to you.**

_____ 2. The Court is unable to act on the subject matter of your letter except in the context of a formal lawsuit.
**Therefore, your document is being returned to you.**

_____ 3. The Clerk's Office is unable to provide legal advice to individuals on how to proceed with a lawsuit.
**Therefore, your document is being returned to you.**

_____ 4. The records of this Court do not show that there is any pending case related to you at this time.
**Therefore, your document is being returned to you.**

_____ 5. Your document appears intended for a different court.
**Therefore, your document is being returned to you.**

_____ 6. You should not correspond directly with the Magistrate Judge or District Judge about your lawsuit. All pleadings and correspondence should be addressed to the Clerk of Court.
**Therefore, your document is being returned to you. You must adhere to this rule in any future filings.**

_____ 7. All pleadings and other papers filed must be on 8½" x 11" paper, double spaced, and legibly handwritten or typed. If the document consists of more than two (2) pages, each page of the document must bear a sequential number, beginning with "2" for the second page. Standard font must be used. The Court may refuse to consider text presented in less than standard font, such as small or fine typeface. All margins must be no less on 1". No print or writing may appear in the margins. See Local Rule 10.1.
**You must adhere to this rule in any future filings.**

_____ 8.   The clerk is not required to file any document or render any service for which a fee is legally collectible unless the fee for the service has been paid in advance. The plaintiff has 21 days from the date of this notice to submit $400.00 for the cost of filing a civil complaint. If the plaintiff cannot afford the filing fee, the plaintiff must ask the Court to proceed as a pauper. A form for this purpose is attached.
**Please submit the filing fee or return the completed form within 21 calendar days from the date of this letter.**



X    9.   **The clerk is not required to file any document or render any service for which a fee is legally collectible unless the fee for the service has been paid in advance. The plaintiff has 21 days from the date of this notice to submit $5.00 for filing a petition for habeas relief and habeas related mandamus. If the plaintiff cannot afford the filing fee, the plaintiff must ask the Court to proceed as a pauper. A form for this purpose is attached.
Please submit the filing fee or return the completed form within 21 calendar days from the date of this letter.**



**If you are incarcerated and are applying for pauper status you must submit a certified copy of your trust fund account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint, habeas corpus or notice of appeal obtained from the appropriate official of each prison at which you are or were confined.**

_____ 10.  A writ of habeas corpus submitted by a person in state custody, a § 1983 prisoner suit, a motion to vacate, and a request for pauper status all should be submitted on an approved form. This form has been enclosed for your convenience.
**Please return the completed form within 21 calendar days from the date of this letter.**

_____ 11.  The cost of filing an appeal is $505.00. If you apply for pauper status when bringing an appeal, you must submit an affidavit that includes a statement of all assets you possess and that you are unable to pay the fee. This form has been enclosed for your convenience.
**Please submit the filing fee or return the completed form within 21 calendar days from the date of this letter.**

**If you are incarcerated and are applying for pauper status you must submit a certified copy of your trust fund account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint, habeas corpus or notice of appeal obtained from the appropriate official of each prison at which you are or were confined.**

_____ 12. Every paper filed, after the complaint, must bear the name of this Court, the title, docket number, section, and magistrate judge number. See Local Rule 10.1.
**Please return the completed form within 21 calendar days from the date of this letter.**

_____ 13. A complaint, affidavit or other pleading submitted to the Clerk for filing must bear an original signature. A copy is not sufficient. See Local Rule 11.1.
**Please return the completed form within 21 calendar days from the date of this letter.**

_____ 14. The filer's name, address, and telephone number shall be typed or printed below the signature. See Local Rule 11.1.
**Please return the completed form within 21 calendar days from the date of this letter.**

_____ 15. The complaint and any other pleading must be signed by the filer personally unless filer is represented by a member of the bar of this Court. If the filer is represented, pleadings must be signed and submitted by counsel. See Local Rule 11.1.
**Please return the completed form within 21 calendar days from the date of this letter.**

_____ 16. The names of all parties must be listed on the front of your complaint. Do not use "ET AL."
**Please return the completed form within 21 calendar days from the date of this letter.**

_____ 17. Every pleading shall bear a certificate by the party who files it that copies have been served on all parties or their counsel of record by hand or by mail. See Local Rule 5.4.
**You must adhere to this rule in any future filings.**

_____ 18. Parties filing a motion shall, at the time of filing, notice it for submission. See Local Rule 7.2.
**Please return the completed form within 21 calendar days from the date printed at the top of this letter.**

_____ 19. Except as noted in Local Rule 7.3, all motions shall be accompanied by a memorandum in support. See Local Rule 7.4. **Please return the completed form within 21 calendar days from the date of this letter.**

_____ 20. Pleadings may not be supplemented without permission of the Court. See Local Rule 7.4.
**Please provide the motion for leave to supplement and return the document within 21 calendar days of the date of this letter.**

_____21.   Consent or ex parte motions, which need not be noticed for submission, shall be accompanied by a proposed order. See Local Rule 7.3.
**Please provide the proposed order and return the document within <u>21 calendar days</u> of the date of this letter.**

_____22.   Once an answer has been filed, a complaint may not be amended or supplemented without permission of the Court. See Local Rule 7.6.
**Please provide the motion for leave to amend or supplement the complaint and return the document within <u>21 calendar days</u> of the date of this letter.**

_____23.   Discovery requests and responses thereto must not be filed until they are used in a proceeding before the Court or until the Court grants an order allowing the filing of the document. Federal Rule of Civil Procedure 5(d).
**Therefore, your document is being returned to you.**

_____24.   28 U.S.C. § 1654 precludes a corporation from appearing through a lay person. A corporation must be represented by an attorney qualified to practice before this Court.
**Therefore, your document is being returned to you.**

_____25.   The record of this matter reflects you are represented by counsel. All pleadings regarding this case must be filed through your counsel of record. All future inquires and correspondence regarding this case should be directed to your attorney of record.
**You must adhere to this rule in any future filings.**

_____26.   The Clerk's office is unable to provide you with free copies without an order of the Court. Copies are available at the cost of 50 cents per page. The copies which you requested consist of Click here to enter text. pages, therefore, the cost of the copies you requested is Click here to enter text..
**You must remit payment before copies can be provided.**

_____27.   This office is unable to provide transcripts to individuals free of cost unless so ordered by the Court. You may contact the court reporter at the address listed below to make the necessary financial arrangements.

_____28.   OTHER:

If you have been instructed to provide additional information, please act immediately, and provide the required documents within the time frame indicated above; otherwise, a judicial officer will be notified of your failure to comply.

WILLIAM W. BLEVINS
CLERK OF COURT

By: _____
Deputy Clerk

Respond to:
Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Rev. 7/21/14

✎AO 240 (EDLA Rev. 8/02)

# UNITED STATES DISTRICT COURT
### Eastern District of Louisiana

_____
Plaintiff

V.

_____
Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, _____, declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution?_____ Do you receive any payment from the _____

   Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☐ |
   | b. | Rent payments, interest or dividends | ☐ | ☐ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☐ |
   | d. | Disability or workers compensation payments | ☐ | ☐ |
   | e. | Gifts or inheritances | ☐ | ☐ |
   | f. | Any other sources | ☐ | ☐ |

   If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
   thing of value? ☐ Yes ☐ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   <u>Name</u>                    <u>Relationship</u>                    <u>Amount Contributed for Support</u>

I declare under penalty of perjury that the above information is true and correct.

_____    _____
         Date                              Signature of Applicant

-------------------------------------------------------------------------------

## STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)
(To be completed by the institution of incarceration)

I hereby certify that this inmate, _____, has a present inmate account balance of $ _____ at the _____ institution. I further certify that the average monthly deposits for the preceding six months is $ _____

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six).*

I further certify that the average monthly balance for the prior six months is $ _____

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).*

_____                    _____
      Date Certified                                  Authorized Officer of Institution