

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

St. Tammany Parish
Clerk
22nd Judicial District Court
P. O. Box 1090
Covington, LA 70434

9590 9402 3328 7227 8560 23

2. Article Number (Transfer from service label)

7017 2680 0000 6907 3871

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signed)_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Paul L. More
C. Date of Delivery: 3-8-19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

**USPS TRACKING #**

9590 9402 3328 7227 8560 23

United States Postal Service

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 11 2019
WILLIAM W. BLEVINS
CLERK

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box●

CLERK'S OFFICE, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET ROOM C-151
NEW ORLEANS, LA 70130

30-338726