

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

22nd Judicial District Court
St. Tammany Parish District
Attorney's Office
701 N. Columbia Street
Covington, LA 70433

9590 9402 3328 7227 8560 16

2. Article Number (Transfer from service label)

7017 2680 0000 6907 3864

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Merry_  ☒ Agent ☐ Addressee

B. Received by (Printed Name)
Veronica Jenkins

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

USPS TRACKING #

9590 9402 3328 7227 8560 16

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 11 2019
WILLIAM W. BLEVINS
CLERK

19-839

Sender: Please print your name, address, and ZIP+4® in this box●

CLERK'S OFFICE, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET ROOM C-151
NEW ORLEANS, LA 70130