**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **VIRGIL SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-0839** |
| **DARREL VANNOY, WARDEN** | **SECTION: "I"(5)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Virgil Smith's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 31st day of July, 2019.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**