# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIRGIL SMITH** | **CIVIL ACTION** |
| **VERSUS** | **No. 19-839** |
| **DARRYL VANNOY** | **SECTION I** |

## AMENDED ORDER

The Court is in receipt of petitioner Virgil Smith's ("Smith") objection[1] to the United States Magistrate Judge's Report and Recommendation.[2] The objection was timely filed by Smith, who is currently incarcerated in the Louisiana State Penitentiary, but it was not received by the Clerk of Court of the Eastern District of Louisiana until August 19, 2019.[3] Having considered the complaint, the record, the applicable law, the United States Magistrate Judge's Report and Recommendation, and Smith's objection to the United States Magistrate Judge's Report and Recommendation,

**IT IS ORDERED** that the objection is **OVERRULED**.

**IT IS FURTHER ORDERED** that the Court's previous order[4] adopting the Report and Recommendation on July 31, 2019; the judgment[5] entered against Smith

---

[1] R. Doc. No. 20.
[2] R. Doc. No. 14.
[3] Smith's objection to the Report and Recommendation, dated July 19, 2019, was due to the Court by July 23, 2019. *See* R. Doc. No. 16. Because the Court had not received Smith's objection when it was due, the Court considered the Report and Recommendation to be without objection as of July 31, 2019 and issued judgment accordingly.
[4] R. Doc. No. 17.
[5] R. Doc. No. 18.

on July 31, 2019; and the denial of a certificate of appealability[6] entered on July 31, 2019 are **RESCINDED.**

**IT IS FURTHER ORDERED** that the Report and Recommendation of the United States Magistrate Judge is approved and the Court adopts it as its opinion in this matter.

**IT IS FURTHER ORDERED** that Smith's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, August 21, 2019.

                                                     **LANCE M. AFRICK**
                                     **UNITED STATES DISTRICT JUDGE**

---

[6] R. Doc. No. 19.